# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>8404 SURFS UP DRIVE<br>LAS VEGAS, NEVADA 89128 | Case No. 2:18-mj-00577-NJK<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>2015 MERCEDES-BENZ, VEHICLE: 4-DOOR WAGON, NEVADA LICENSE PLATE RC3723 | Case No. 2:18-mj-00578-NJK<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>2017 DODGE, VEHICLE: 4-DOOR WAGON, NEVADA LICENSE PLATE VNB936 | Case No. 2:18-mj-00579-NJK<br><br>**ORDER TO UNSEAL** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED July 17, 2019

_____
UNITED STATES MAGISTRATE JUDGE

3